UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-cv-60999-SIMONTON

ANGELICA MIRA,

    Plaintiff,

v.

VILLAGIO OF SAWGRASS, INC.,
THOMAS BILLANTE, and
KOSMAS KALAS,

    Defendants.
_____/

ORDER APPROVING SETTLEMENT
AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Joint Motion to Approve Confidential Settlement and Release in the above-styled case. The Joint Motion states that upon approval of the settlement agreement, the parties will file a Joint Stipulation of Dismissal which will request the Court to retain jurisdiction to enforce the Confidential Settlement and Release. The proposed Order attached to the Motion, however, includes language that dismisses this case with prejudice, with the Court retaining jurisdiction to enforce the terms of the Agreement.

There does not appear to be any reason to delay entry of the Order of Dismissal. Therefore, the Court, having considered the Joint Motion, having reviewed the parties' Settlement Agreement, and being duly advised in the premises, it is therefore:

**ORDERED AND ADJUDGED** that said Joint Motion is hereby **GRANTED**. The Court finds that the terms of settlement on Plaintiff's FLSA claims are fair, reasonable and just under the circumstances. Accordingly, the Court approves all of the terms of settlement and dismisses the above-captioned action, in its entirety, as to all parties, with prejudice, the parties

to bear their own costs, fees, and expenses, except as set forth in the Settlement Agreement with respect to the payment of attorneys' fees and costs. The Court retains jurisdiction through January 31, 2018, to enforce the terms of the parties' settlement, should such enforcement become necessary.

**DONE AND ORDERED** in Chambers, in Miami-Dade County, Florida, on November 1, 2017.

_____
ANDREA M. SIMONTON
CHIEF UNITED STATES MAGISTRATE JUDGE